**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10067-STA-8 |
| ) | |
| DOUG EVANS, ) | |
| ) | |
| Defendant. ) | |

_____

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on February 9, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Doug Evans, appearing in person, and with counsel, Michael Weinman.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 22, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 9th day of February, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT