IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Dkt. No. 1:17-10067-STA-8 |
| | ) | |
| DOUG EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION
TO RESET SENTENCING HEARING AND NOTICE OF RESETTING**

Upon motion of the Defendant, Doug Evans, to continue the Sentencing Hearing currently set in this matter, without objection from the Government, and for good cause shown, it is hereby **ORDERED** that the Sentencing Hearing in this matter shall be reset to May 21, 2018 at 10:00 a.m.

s/S. Thomas Anderson
S. THOMAS ANDERSON, CHIEF JUDGE,
UNITED STATES DISTRICT COURT

DATE: 5/10/2018